IDA A. HOPKINS, Respondent, v. DALD REALTY COMPANY and Others, Defendants, and ANNA BURLING, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal, place the case on the calendar for Friday, April 25, 1919, for which date the hearing is set; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

In the Matter of the Intermediate Settlement of the Accounts of ANSON BALDWIN, as Trustee, etc., of ABIJAH CURTISS, Deceased.— Motion denied, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Lands, etc., Bounded by Henry, Harrison, Baltic and Clinton Streets, etc., for School Purposes.— Motion granted. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

In the Matter of the Probate of the Alleged Will of MARIA CONWAY, Deceased.— Motion to dismiss appeal from the decree of the Surrogate's Court of November 7, 1918, granted, with ten dollars costs, because of noncompliance with rule 12,* in failing to show that the appeal is meritorious. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

In the Matter of the Application of the PEOPLES SURETY COMPANY OF NEW YORK for a Voluntary Dissolution. UNION BANK OF BROOKLYN. (Appeal No. 2.) — Motion granted. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ. Order to be settled before Mr. Justice Rich.

In the Matter of the Petition of the PUBLIC SERVICE COMMISSION FOR THE FIRST DISTRICT, etc., for a Writ of Mandamus against the NEW YORK AND RICHMOND GAS COMPANY, Appellant.— Motion denied. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

In the Matter of Proving the Last Will and Testament of JOSEPH WUNSCH, Deceased.— Motion for leave to appeal to the Court of Appeals or for reargument denied, without costs. Order denying motion for new trial affirmed, without costs. An appeal from the order denying a new trial would seem to be unnecessary, under section 1346 of the Code of Civil Procedure; but in view of the fact that an appeal was taken, the order is affirmed. Present— Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK NAFIE, Appellant.— Motion to dismiss appeal denied on condition that the case be placed on the May calendar, and that appellant be ready for the argument when reached. Motion to dispense with printing the record granted. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

PRESTON B. RULAND, Respondent, v. HENRY P. TUTHILL, as County Treasurer of Suffolk County, and Another, Appellants.— Motion denied, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.